**Order filed April 21, 2015**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00204-CV
_____

### IN THE INTEREST OF K.M.M AND M.W.M., Children

**On Appeal from the 247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-45711**

## O R D E R

The notice of appeal in this case was filed March 8, 2015. To date, the filing fee of $195.00 has not been paid. No evidence that appellant, Matthew W. Mahoney, has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the clerk of this court on or before **May 6, 2015.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM